UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-62273-Civ-Zloch/Rosenbaum

THOMAS E. BERG,

      Plaintiff,

v.

ALLIED INTERSTATE, LLC,

      Defendant.

_____/

## PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT

Pursuant to Fed. R. Civ. P. 68, Plaintiff, Thomas E. Berg, gives notice of his

acceptance of Defendant, Allied Interstate, LLC's Offer of Judgment served upon

Plaintiff under Certificate of Service dated November 23, 2011, attached as Exhibit "A".

      Respectfully submitted,

      DONALD A. YARBROUGH, ESQ.
      Attorney for Plaintiff
      Post Office Box 11842
      Fort Lauderdale, Florida 33339
      Telephone: (954) 537-2000
      Facsimile: (954) 566-2235
      donyarbrough@mindspring.com

      s/Donald A. Yarbrough
      Donald A. Yarbrough, Esq.
      Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-61433-Civ-Zloch/Rosenbaum

JOSEPH LYNCH,

      Plaintiff,

v.

P & B CAPITAL GROUP, LLC, ADVANCED CREDIT RECOVERY
INCORPORATED, AND NATIONAL CREDIT ADJUSTERS, LLC,

      Defendants.

_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on <u>December 7, 2011</u>, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                      <u>s/Donald A. Yarbrough</u>
                                      Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Robert F. Reynolds, Esq.
Slatkin & Reynolds, PA
Suite 609
1 East Broward Boulevard
Ft. Lauderdale, FL 33301
Telephone: 954-745-5881
Facsimile: 954-745-5890

<u>Via Notices of Electronic Filing generated by CM/ECF</u>