# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:11-cv-62273-WJZ– Zloch/Rosenbaum

THOMAS E. BERG, SR.,

    Plaintiff,

v.

ALLIED INTERSTATE, LLC,

    Defendant.

### OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68

Defendant, Allied Interstate, LLC ("Allied"), by and through undersigned counsel, offers judgment pursuant to Fed.R.Civ.P. 68 to the Plaintiff, Thomas E. Berg, Sr., as follows:

1. Allied offers judgment in the amount of $1,100.00 plus reasonable fees and costs as authorized and allowed by the Court pursuant to the Fair Debt Collection Practices Act.

Dated this 23rd day of November, 2011.

                        SLATKIN & REYNOLDS, P.A.
                        Counsel for Allied
                        One East Broward Boulevard, Suite 609
                        Fort Lauderdale, Florida 33301
                        Telephone 954.745.5880
                        Facsimile 954.745.5890
                        rreynolds@slatkinreynolds.com

                        By: _____
                             ROBERT F. REYNOLDS
                        Florida Bar No.: 174823

Case No. 0:11-cv-62273-WJZ

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been furnished via U.S. mail to Donald A. Yarbrough, Esq., PO Box 11842, Fort Lauderdale, FL 33339 on this 23rd day of November, 2011.

ROBERT F. REYNOLDS