UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62273-CIV-ZLOCH

THOMAS E. BERG, SR.,

    Plaintiff,

**FINAL ORDER OF DISMISSAL**

vs.

ALLIED INTERSTATE, LLC,

    Defendant.
_____/

    THIS MATTER is before the Court upon Plaintiff's Motion For Entry Of Final Judgment (DE 7). The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

    On November 23, 2011, Defendant offered to submit to the entry of judgment against it under Fed. R. Civ. P. 68, and pay damages of $1,100.00 plus reasonable fees and costs pursuant to the Fair Debt Collection Practices Act. See DE 6-1. On December 7, 2011, Plaintiff filed its Notice Of Acceptance Of Defendant's Offer Of Judgment. See DE 6. By the instant Motion (DE 7), Plaintiff moves the Court to enter judgment against Defendant. Defendant has not objected to the instant Motion (DE 7).

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Plaintiff's Motion For Entry Of Final Judgment (DE 7) be

and the same is hereby **GRANTED**;

2. Pursuant to Federal Rule of Civil Procedure 68, Final Judgment be and the same is hereby **ENTERED** in favor of Plaintiff Thomas E. Berg, Sr. and against Defendant Allied Interstate, LLC, on the claim made by Plaintiff in his Complaint for violation of the Fair Debt Collection Practices Act;

3. Plaintiff Thomas E. Berg, Sr. does have and recover from Defendant Allied Interstate, LLC the sum of $1,100.00, together with an amount for reasonable costs and attorney's fees accrued through the date of the Offer Of Judgment (DE 6-1), for all of which let execution issue;

4. The Court shall retain jurisdiction solely for the purpose of entertaining a Motion For Attorney's Fees, in the event the Parties are otherwise unable to resolve that matter, that comports with the dictates of Local Rule 7.3; and

5. To the extent not otherwise disposed of herein, all pending motions be and the same are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 12th day of January, 2012.

*/s/ William J. Zloch*
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record